# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Virgil Horn | § | Case No. 15-32189 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Cindy M. Johnson, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 104,351.00<br>*(Without deducting any secured claims)* | Assets Exempt: 20,420.00 |
| Total Distributions to Claimants: 2,481.47 | Claims Discharged<br>Without Payment: 132,262.15 |
| Total Expenses of Administration: 830.23 | |

3) Total gross receipts of $ 3,311.70  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,311.70  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 119,351.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 830.23 | 830.23 | 830.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 10,199.34 | 10,055.28 | 10,055.28 | 2,481.47 |
| **TOTAL DISBURSEMENTS** | $ 129,550.34 | $ 10,885.51 | $ 10,885.51 | $ 3,311.70 |

4) This case was originally filed under chapter 7 on 09/22/2015. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/12/2018            By: /s/Cindy M. Johnson, Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Anticipated Tax Refund For 2015 Tax Year | 1224-000 | 3,311.70 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,311.70** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PennyMac Loan Servicing PO Box 509124 Dan Diego, CA 92150 | | 119,351.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 119,351.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cindy M. Johnson | 2100-000 | NA | 827.93 | 827.93 | 827.93 |
| Cindy M. Johnson | 2200-000 | NA | 2.30 | 2.30 | 2.30 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 830.23 | $ 830.23 | $ 830.23 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Choice Recovery 1550 Old Henderson Road Suite 100- South Columbus, Ohio 43220 | | 280.00 | NA | NA | 0.00 |
| | Credit Union 1 450 E 22nd Street Lombard, IL 60404 | | 246.00 | NA | NA | 0.00 |
| | Creditor Collection PO Box 63 Kankakee, IL 60901 | | 688.00 | NA | NA | 0.00 |
| | Creditor Discount & Auto PO Box 213 Streator IL 61364 | | 154.00 | NA | NA | 0.00 |
| | Creditor Discount & Auto PO Box 213 Streator IL 61364 | | 80.00 | NA | NA | 0.00 |
| | Diversified Services, Inc 2250 E Devon Ave Des Plaines, IL 60018 | | 338.00 | NA | NA | 0.00 |
| | JB Robinson 375 Ghent Rd Fairlawn, OH 44333 | | 0.00 | NA | NA | 0.00 |
| | Joliet Radiological S.C. 36910 Treasury Center Chicago, IL 60694 | | 49.34 | NA | NA | 0.00 |
| | Miramed Revenue Group 991 Oak Creek Dr Lombard IL | | 772.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwest Collector 3601 Alogonquin Rd Suite 232 Rolling MDWS IL 60008 | | 208.00 | NA | NA | 0.00 |
| | Syncb/care credit C/O PO box 965036 Orlando Florida 32896 | | 0.00 | NA | NA | 0.00 |
| | VALLEY IMAGING CONSULTANTS 2000 Ogden Ave Aurora, IL 60504 | | 16.00 | NA | NA | 0.00 |
| | Whitehall C/O PO Box 965036 Orlando Florida 32896 | | 2,506.00 | NA | NA | 0.00 |
| 2 | American Infosource Lp As Agent For | 7100-000 | NA | 4,743.97 | 4,743.97 | 1,170.73 |
| 3 | American Infosource Lp As Agent For | 7100-000 | 649.00 | 932.66 | 932.66 | 230.16 |
| 4 | American Infosource Lp As Agent For | 7100-000 | 211.00 | 170.80 | 170.80 | 42.15 |
| 1 | Atlas Acquisitions Llc (Paydayone) | 7100-000 | NA | 1,006.25 | 1,006.25 | 248.33 |
| 5 | Midland Credit Management Inc As Agent For | 7100-000 | 4,002.00 | 3,201.60 | 3,201.60 | 790.10 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 10,199.34 | $ 10,055.28 | $ 10,055.28 | $ 2,481.47 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-32189 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Virgil Horn | | | | Date Filed (f) or Converted (c): | 09/22/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/19/2015 |
| For Period Ending: | 01/12/2018 | | | | Claims Bar Date: | 03/09/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Anticipated Tax Refund For 2015 Tax Year (u) | 0.00 | 0.00 | | 3,311.70 | FA |
| 2. Residence-Single family home Location-3535 Rogina Dr. Joliet | 119,351.00 | Unknown | | 0.00 | FA |
| 3. Cash on Hand | 50.00 | Unknown | | 0.00 | FA |
| 4. Checking, savings or other financial accounts, certificates | 20.00 | Unknown | | 0.00 | FA |
| 5. Household goods and furnishings, including audio, video, and | 1,000.00 | Unknown | | 0.00 | FA |
| 6. Books, pictures and other art objects; antiques; stamp, coin | 250.00 | Unknown | | 0.00 | FA |
| 7. Wearing apparel. | 100.00 | Unknown | | 0.00 | FA |
| 8. Automobiles, trucks, trailers, and other vehicles and access | 4,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $124,771.00  $0.00  $3,311.70  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor is turning over estate share of tax refund he received by way of payment plan.

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Although intercept sent, debtor received his tax refund too. Debtor payment plan is up to have it turned over since pro se debtor spent it. Payment plan completes by end of April 2017. |
| RE PROP # | 2 | -- | Residence-Single family home Location-3535 Rogina Dr. Joliet IL |
| RE PROP # | 3 | -- | Cash on Hand |
| RE PROP # | 4 | -- | Checking acct. w/ Chase Bank |
| RE PROP # | 5 | -- | used furniture |
| RE PROP # | 6 | -- | family photos, ordinay art |
| RE PROP # | 7 | -- | used clothes |
| RE PROP # | 8 | -- | 2003 Audi A4 w/ approx. 95000.00 miles fair condition |

Initial Projected Date of Final Report (TFR): 10/20/2017     Current Projected Date of Final Report (TFR): 01/10/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-32189 | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Virgil Horn | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0297 |
| | Checking |
| Taxpayer ID No: XX-XXX6748 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/12/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/20/16 | 1 | Virgil Horn<br>1610 N. Overlook Dr<br>Joliet, Il 60431 | 2015 Tax Refund | | 1224-000 | $150.00 | | $150.00 |
| 02/21/17 | 1 | Nicole M. Horn | Tax Refund | | 1224-000 | $3,161.70 | | $3,311.70 |
| 05/17/17 | 101 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Distribution | | | | $830.23 | $2,481.47 |
| | | Cindy M. Johnson | Final distribution representing a payment of 100.00 % per court order. | ($827.93) | 2100-000 | | | |
| | | Cindy M. Johnson | Final distribution representing a payment of 100.00 % per court order. | ($2.30) | 2200-000 | | | |
| 05/17/17 | 102 | Atlas Acquisitions Llc (Paydayone)<br>294 Union St.<br>Hackensack, Nj 07601 | Final distribution to claim 1 representing a payment of 24.68 % per court order. | | 7100-000 | | $248.33 | $2,233.14 |
| 05/17/17 | 103 | American Infosource Lp As Agent For Presence Health<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Distribution | | | | $1,443.04 | $790.10 |
| | | American Infosource Lp As Agent For | Final distribution to claim 2 representing a payment of 24.68 % per court order. | ($1,170.73) | 7100-000 | | | |
| | | American Infosource Lp As Agent For | Final distribution to claim 3 representing a payment of 24.68 % per court order. | ($230.16) | 7100-000 | | | |
| | | American Infosource Lp As Agent For | Final distribution to claim 4 representing a payment of 24.68 % per court order. | ($42.15) | 7100-000 | | | |
| 05/17/17 | 104 | Midland Credit Management Inc As Agent For<br>Midland Funding Llc<br>Po Box 2011<br>Warren Mi 48090 | Final distribution to claim 5 representing a payment of 24.68 % per court order. | | 7100-000 | | $790.10 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $3,311.70 | $3,311.70 |
| Page Subtotals: | $3,311.70 | $3,311.70 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

|  | | |
|---|---|---|
| Less: Bank Transfers/OD's | $0.00 | $0.00 |
| Subtotal | $3,311.70 | $3,311.70 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,311.70 | $3,311.70 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0297 - Checking | $3,311.70 | $3,311.70 | $0.00 |
|  | $3,311.70 | $3,311.70 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,311.70 |
| Total Gross Receipts: | $3,311.70 |

Page Subtotals: $0.00 $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*